[No. 8786–0–I.   Division One.   January 20, 1982.]

RON D. SMITH, *Respondent,* v. ROBERT W.
GREITZER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 856238, William C. Goodloe, J., entered April
3, 1980. *Affirmed* by unpublished opinion per Ringold, J.,
concurred in by Durham, A.C.J., and Corbett, J.

[No. 10199–4–I.   Division One.   January 20, 1982.]

JOHN STRACHAN, ET AL, *Appellants,* v. THE CITY
OF POULSBO, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 825986, Frank J. Eberharter, J., entered March
23, 1981. *Reversed* and *remanded* by unpublished opinion
per Williams, J., concurred in by Swanson and Callow, JJ.

[No. 9454–8–I.   Division One.   January 20, 1982.]

THE CITY OF RENTON, *Respondent,* v. PAUL
TOMCHICK, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–03614–5, T. Patrick Corbett, J., entered
October 17, 1980. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Swanson and Callow, JJ.

[No. 8430–5–I.   Division One.   January 25, 1982.]

ROBERT LONSDALE, ET AL, *Appellants,* v. SUSAN
C. CHESTERFIELD, *Individually,* ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 767907, Francis E. Holman, J., entered Janu-
ary 31, 1980. *Affirmed* by unpublished opinion per Corbett,
J., concurred in by Andersen, C.J., and Durham, J.